IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICHAEL DIVITO, | ) |
| Petitioner, | ) |
| v. | ) CV 308-087 |
| WALT WELLS, Warden, et al., | ) |
| Respondents. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's pending requests to supplement his petition with additional authority and for a "case status report" are **MOOT** (doc. nos. 11-1, 12), Harvey Lappin is **DISMISSED** as an improper party Respondent, the petition is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this ___ day of September, 2009, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE